# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **JARED MCNEEL, et al.** | § | |
| *Plaintiffs* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-cv-178 |
| | § | |
| **KIDDIE ACADEMY** | § | |
| **INTERNATIONAL, INC., et al.** | § | |
| *Defendants* | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

COMES NOW, **KIDDIE ACADEMY DOMESTIC FRANCHISING, LLC** ("Defendant"), and files this, its Certificate of Interested Parties, listing of all persons that are known to Defendant to have an interest in this suit and would show the Court as follows:

*Plaintiffs*
**Jared McNeel, Individually and As Natural Representative of the Estate of Skylar Mae Mcneel, Deceased**
**Lindsey McNeel, Individually and As Natural Representative of the Estate of Skylar Mae Mcneel, Deceased**
**By and through their attorneys of record:**
Darrell A. Apffel
D. Blake Apffel
Apffel Legal, P.L.L.C.
P.O. Box 1078
Galveston, Texas 77553
104 Moody Avenue (21st), Suite 101
Galveston, Texas 77550
TEL: (409) 744-3597

*Counsel for Plaintiffs*
**Apffel Legal, P.L.L.C.**
Darrell A. Apffel
D. Blake Apffel
P.O. Box 1078
Galveston, Texas 77553
104 Moody Avenue (21st), Suite 101
Galveston, Texas 77550
TEL: (409) 744-3597


*Defendant*
**Kiddie Academy Domestic Franchising, LLC**
**By and through its attorneys of record:**
David L. Miller
Diane F. Burgess
Miller Scamardi & Carrabba, P.C.
6525 Washington Avenue
Houston, Texas 77007
TEL: (713) 861-3595


*Counsel for Defendant, Kiddie Academy Domestic Franchising, LLC*
**Miller Scamardi & Carrabba, P.C.**
David L. Miller
Diane F. Burgess
6525 Washington Avenue
Houston, Texas 77007
TEL: (713) 861-3595


**Essential Brands, Inc.**
3415 Box Hill Corporate Center Drive
Abingdon, Maryland 21009-1201
TEL: (410) 515-0788
*Sole owner and member of Defendant, Kiddie Academy Domestic Franchising, LLC*

**Philadelphia Indemnity Insurance Company**
One Bala Plaza, Suite 100
Bala Cynwyd, Pennsylvania  19004-0950
TEL: (800) 873-4552
*Kiddie Academy Domestic Franchising, LLC is insured by Philadelphia Indemnity Insurance Company, a wholly owned subsidiary of the Philadelphia Consolidated Holding Corp., a Member of the Tokio Marine Group*


**Philadelphia Consolidated Holding Corporation**
One Bala Plaza, Suite 100
Bala Cynwyd, Pennsylvania 19004-0950
TEL: (800) 873-4552
*Holding company for the Philadelphia Insurance Companies, a member of Tokio Marine Group*


**Tokio Marine Group**
Tokio Marine Nichido Building Shinkan
1-2-1 Marunouchi, Chiyoda-ku, Tokyo, Japan
*Wholly owned subsidiary of Tokio Marine Holdings, Inc.*


**<u>Tokio Marine Holdings, Inc. (TMHD)</u>**
Tokio Marine Nichido Building Shinkan
1-2-1 Marunouchi, Chiyoda-ku, Tokyo, Japan
*Holding company for Tokio Marine Group that is publically traded on the Tokyo & Osaka Stock Exchanges*

Respectfully submitted,

By:   /s/ David L. Miller
     David L. Miller
     Attorney-in-Charge
     SBN: 14067300
     Federal I.D. # 8833
     Miller, Scamardi & Carrabba, P.C.
     6525 Washington Avenue
     Houston, Texas 77007
     TEL: (713) 861-3595
     FAX: (713) 861-3596
     E-SERVICE: e-service@msc-lawyer.com

**ATTORNEYS FOR DEFENDANT, KIDDIE ACADEMY DOMESTIC FRANCHISING, LLC**

OF COUNSEL:
Diane F. Burgess
SBN: 24036594
Federal I.D. #34380
Miller, Scamardi & Carrabba, P.C.
6525 Washington Avenue
Houston, Texas 77007
TEL: (713) 861-3595
FAX: (713) 861-3596
dburgess@msc-lawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via electronic transmission (ECF), electronic mail, certified mail, return receipt requested, hand delivery and/or facsimile, pursuant to Rule 5b, FED. R. CIV. P., on this 14th day of June 2019.

     /s/ David L. Miller
     David L. Miller / Diane F. Burgess